**Victoria Trull, Esq**
Arizona State Bar No. 027391
P.O. Box 27064
Tucson, AZ 85726
Phone: (520) 481-8391
Fax: (520) 477-0766
Email: victoria.trull@gmail.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Edilzer Marino Zacarias-Mejia,<br><br>　　　　Defendant. | 20-mj-04783-N/A-LCK<br><br>**WAIVER OF PERSONAL APPEARANCE AT DETENTION HEARING AND WAIVER OF PRELIMINARY HEARING** |

The Defendant and Defendant's attorney acknowledge and agree that:

(1) Defendant's attorney has reviewed the Complaint with defendant;

(2) Defendant's attorney has explained to the Defendant his/her right to request a preliminary hearing;

(3) Defendant understands his/her right to appear personally at the Detention hearing. Defendant also understands that the execution of this Waiver results in a waiver of the right to appear at the Detention Hearing;

(4) Defendant's attorney may not appear at the Detention Hearing under the circumstances limiting the gathering of people on account of the current Covid-19 pandemic.

(5) As such, the Defendant and undersigned counsel submits on the pre-trial services recommendation of detention and submits to the decision of the Court in regards to detention at this time. Should other information arise Defendant reserves his right to submit a request to review detention at a later date.

(6) Defendant waives the preliminary hearing in exchange for early disclosure.

Defendant and counsel request that the Court accept this waiver and vacate the detention and preliminary hearing.

Undersigned counsel avows to the Court that the defendant's consent and permission was obtained by telephone on August 12, 2020 in light of the current restrictions caused by the Covid-19 pandemic.

Respectfully Submitted this 16th of August, 2020

S/*Victoria Trull*
Victoria Trull
Attorney for Defendant

DEFENDANT'S TRUE NAME: Edilzer Marino Zacarias-Mejia

INDICATE DEFENDANT'S LANGUAGE:

☐ ENGLISH

X SPANISH

☐ OTHER_____

*The above signed does hereby certify that, on the above date, she electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

Liza Granoff
Assistant United States Attorney